EXHIBIT A

42

# Endoscopic Argon Plasma Coagulation (APC) First Clinical Experiences in Flexible Endoscopy

K. E. Grund[1], D. Storek[1], G. Farin[2]

[1] Department of General Surgery (Prof. Dr. H. D. Becker) and Surgical Endoscopy (Prof. Dr. K. E. Grund), Eberhard-Karls-University, Tuebingen, Germany

[2] Erbe Elektromedizin GmbH, Tuebingen

Argon plasma coagulation (APC) is a new mode of non-contact electrocoagulation in which current is applied to tissues by means of ionised argon gas (argon plasma). In open surgery, APC is used for the haemostasis of superficial, diffuse haemorrhages from parenchymatous organs and for the devitalization of various tissues. Experimental studies have shown the superiority of APC to standard electrocoagulation modes and surgical techniques due to its efficiency and limited tissue traumatisation. After developing and designing special probes which can be applied through flexible endoscopes and after testing these in in vitro studies, we have been able to utilise APC in both the gastrointestinal tract and the tracheobronchial system.

From June, 1991 to September, 1992, 102 patients were treated endoscopically in 189 sessions with APC in the upper and lower gastrointestinal tract as well as in the respiratory system. The indications were malignant and benign tumours, diffuse haemorrhages of various origins and sites, tissue overgrowth after stent implantation, tissue remnants after endoscopic adenomectomy, and the conditioning of fistulas prior to fibrin sealing.

In all cases, APC in flexible endoscopy was highly effective and easy to perform, with advantages over standard electrocoagulation. No problems or complications were observed. The limited depth of tissue coagulation (2–3 mm) with concomitant, efficient tissue coagulation allows application even in critical areas where there is risk of perforation, such as the duodenum or colon. For many indications, APC has replaced the Nd:YAG-laser, which was formerly used widely in our unit. Except for vaporisation of extended tumours, the APC shows remarkable advantages in nearly all applications. The results of this first clinical use will be evaluated in further prospective experimental and clinical trials.

Key words: Electrocoagulation, Argon-Plasma-Coagulation, Endoscopy, Laser, High-Frequency Surgery

## Introduction

Up to the present, the coagulation method of choice in endoscopy is monopolar or bipolar electrocoagulation in various forms, e.g. electrohydrothermosation (EHT). The Nd:YAG-laser is with some reservations suitable of coagulation at a low energy level or at a larger working distance. However, each of these methods has certain disadvantages. Thus in classical electrocoagulation, the probe may adhere to tissue due to the unavoidable contact, causing thermal necroses, the area and depth of which are difficult to estimate. Haemorrhages over a large area either cannot be controlled at all or only after a very long time. In EHT, on the other hand, there is no adhesion to tissue, but the problem of diffuse bleedings remains unsolved. The disadvantage of laser therapy lies in imperfect control of the power density and the risk of consequent deep coagulation or vaporisation resulting from this, especially in the thin-walled colon. In addition, considerable problems of application are still unsolved; among these are the cost factor, strongly restricted mobility due to the necessary cooling water connection, and the necessity of meeting safety regulations.

Argon plasma coagulation (APC) – an innovative electrocoagulation method – has been used so far in open surgery for treating superficial, diffuse haemorrhages from parenchymatous organs. In experimental studies, its superiority over conventional coagulation methods was demonstrated in the liver, spleen, kidney, bladder and lungs as well as in operations in the head and cervical region. APC permits a reduction of blood loss and shorter operation duration, with less tissue traumatisation (1–7).

Previously no experience has been gained with APC in endoscopy. We have succeeded in using APC for the first time in flexible endoscopy after development of special probes fitted into the working channel of standard endoscopes (8–12).

## Patients and Indications

In the last 15 months, APC has been applied endoscopically to 102 patients in the upper and lower gastrointestinal tract in 189 sessions, as well as in the tracheobronchial system (Table 1). The patients were 69 men and 33 women. Their average age was 62 (20 to 95). The indications were: partially obstructing tumours or tumours after preceding treatment with the Nd:YAG-laser, bleeding tumours or diffuse haemorrhaging from other origins, as well as tissue overgrowth after stent implantation in the case of malignant stenoses. In addition, adenoma residues (after snare-adenomectomy) and benign (scar) stenoses were treated with APC, and fistulas were conditioned by coagulation prior to closure with fibrin glue (Table 1).

End. Surg. 1994; 2: 42–46
© Georg Thieme Verlag Stuttgart · New York

*End. Surg. 1994; 2*    **43**

**Table 1:** Applications of APC in flexible endoscopy from June 1991 to September 1992.

|  | Total | Upper GIT | Lower GIT | Tracheobronchial system |
|---|---|---|---|---|
| Patients | 102 | 67 | 30 | 5 |
| Applications | 189 | 127 | 55 | 7 |
| Appl./Patient | 2 (1–8) |  |  |  |
| Complications | 0 |  | 0 |  |
| Perforations | 0 |  | 0 |  |
| Mortality | 0 |  | 0 |  |



**Figure 1:** The distal end of a flexible endoscope with the APC-applicator.

## Equipment and Method

Our equipment for APC consists of an argon plasma coagulation probe (APCP, Erbe Elektromedizin, Tuebingen), an argon gas source (Argon Beamer One, Erbe Elektromedizin, Tuebingen) with a separate connection cable for the APCP, and a commercially available high-frequency surgical unit (Erbotom ACC 450, Erbe Elektromedizin, Tuebingen).

The APCP consists of a flexible teflon tube with an outer diameter of 2.0 mm and a lumen of 1.5 mm; it can be introduced and operated through the working channel of flexible endoscopes (Figure 1). A temperature-resistant ceramic nozzle with a tungsten electrode is located in its distal end. This in turn is connected by a thin wire with a combined electro-gas plug-in coupling at the proximal end of the teflon tube. The argon gas flows along the wire through the lumen of the APCP. The connection of the probe to both the argon gas source and the high-frequency surgical unit is achieved with the plug-in coupling via a separate, sterilisable connection piece. The probe itself is disposable. The flow rate of the argon gas is adjustable from 1 to 10 l/min, and was set at 1 to 2.5 l/min for endoscopic applications. The Erbotom ACC 450 delivers the HF voltage required for ionisation in APC mode (Figure 1).

The working principle is that high-frequency electrical current is fed from the tungsten electrode in the probe tip through the ionised and thus electrically conductive argon plasma without contact to the tissue, resulting in superficial, thermal coagulation. The high-frequency current flows back through a standard neutral electrode; resulting in monopolar coagulation. Since the argon plasma is brightly illuminated, it can be guided under visual control over the tissue surface to be coagulated. The maximum length of the arc is around 10–15 mm, depending on the flow parameters of the argon gas and the voltage between

a

b


c


**Figure 2:** APC in action. Note the non-contact application and the lateral (a) and axial direction of current flow (b and c).

K. E. Grund, D. Storek, G. Farin

electrode and tissue. The actual coagulation takes place at a working distance of 2 to 10 mm in an axial and/or lateral direction (Figure 2), depending upon the distance between the probe tip and the tissue and tissue impedance. If the working distance is exceeded, the argon gas is no longer ionised and coagulation comes to a halt. Should the probe tip come into contact with the tissue, adhesion is prevented by the ceramic nozzle. The special safety measures normally required for the laser are unnecessary.

As with the laser, APC is applied mostly in a "backward" direction during withdrawal of the unit. Anterior application during advancement of the endoscope is certainly possible in stents, since these do not collapse, but the operator's view is considerably impeded in the case of tumour stenoses or bleeding tumours. If the lumen allows, we prefer use of a two-channel therapeutic endoscope, since the flowing argon gas and the coagulation vapours which obstruct the view can be aspirated through the second channel parallel to the coagulation.

The sessions take place in analgosedation with Midazolam (2.5–10 mg) and Tramadol (50–100 mg) or ketamine (20–80 mg) under minute cardio-respiratory supervision. The application is performed on an out-patient basis under obligatory complete video documentation (ex-post analysis of possible special features or complications).

## Results

From June 1991 to September 1992, a total of 102 patients were treated with APC in 189 therapeutic sessions. The distribution of application to different organ systems is listed in Table 1. The most frequent indications were: subtotal stenosing tumours or tumours after preceding treatment with the Nd:YAG-laser (43 patients/61 sessions), haemorrhages (28/48), and follow-up treatment after stent implantation (18/61). APC was used less frequently for adenoma residues, conditioning of fistulas, and benign stenoses (13/19) (Table 2). However, a strict separation of the indications was not always possible because of frequent overlap. The average number of therapy sessions was 2 (1–8) (Table 1). The intended aims of therapy, such as maintenance of the lumen (passage for a 10 mm gastroscope), haemostasis (clinically and endoscopically), reduction of tumour tissue up to the wall level, coagulation of adenoma residues down to the submucosa, desiccation and reduction of tumour or granulation tissue overgrowth in metal-mesh stents (lumen > 80% of the maximum stent lumen) were achieved in all cases. Application times between 5 and 360 sec. were required. No complications or side-effects caused by the method itself occurred during an average follow-up of 6 (0.5–15) months.

## Discussion

APC has been used in open surgery for 1–2 years, mainly for haemostasis of diffuse bleedings from parenchymatous organs. Experimental investigations have shown that in injuries of liver or spleen, more reliable haemostasis with less traumatisation of the organ can be achieved than in standard coagulation or surgical methods. It is possible to reduce the loss of blood and shorten the duration of the operation by using APC. This has no negative effect on wound healing (2, 3, 9). These results have been confirmed for interventions in the kidney and bladder (4, 13) as well as for operations in the head and cervical region (7). In experimental interventions in the lung, broncho-pleural fistulas can be prevented more reliably by APC in comparison to standard electrocoagulation and surgical methods (14).

Brand et al. (1) have used APC with very good success for tumour therapy in non-resectable stage III and IV ovarian carcinoma. Lanzafame et al. (5) reported no increase in recurrence rates compared to tumour excision by means of $CO_2$ or Nd:YAG-laser after use of APC following surgical resection in mamma carcinoma of Fisher-344 rats.

Tissue damage in APC remains low in comparison to that produced by laser coagulation and standard electrocoagulation. Since argon is chemically inert, there is no tissue carbonisation. However, tissue vaporisation is not possible with APC, since endogenous heating of the tissue is automatically limited by the electrically insulating effect of the desiccated coagulation layer that is formed. The coagulation depth has a maximum of 3–4 mm in open surgery and 2–3 mm in endoscopic surgery with the APCP, resulting in very good haemostasis. The advantages of APC thus obtain especially for large surfaces in which preservation of the remaining, undamaged tissue is of particular importance.

No previous reports of experience with endoscopic APC exist, since suitable applicators were unavailable before. Such application probes have now been developed by us in collaboration with Erbe Elektromedizin, Tuebingen (8, 9) and optimised for clinical use (11, 15). The objective was to develop an inexpensive, reusable probe which avoids the above-mentioned disadvantages of previous coagulation methods.

Transmitting energy through argon plasma permits contact-free coagulation, so that the direction of action can easily be monitored via the brightly shining plasma. The argon flow has the additional advantage that blood can be blown away, resulting in a direct effect on the tissue and thus a better coagulation (4). Should the probe tip touch the tissue, the ceramic nozzle prevents adhesion. Nevertheless, direct tissue contact should be avoided, to guarantee free escape of gas. The argon gas spreads conically in an axial direction as well as laterally (Figure 3), permitting quick coagulation of haemorrhages as well without the need of applying the energy point by point as in standard laser or electrocoagulation methods. The maximum penetration depth given for open application with the hand probe in the literature (12) and by the various manufacturers is 3–4 mm (9). However, our own measurements with the endoscopic application probe showed a maximum depth of 2–3 mm, with much less risk of perforation than with the laser (10, 12). Nevertheless Go et al. (16) warn of perforation when APC is used in the intestinal tract. However, this is not confirmed by our results. In 189 applications, there was not a single complication, to say nothing of perforation. Naturally, however, care and discretion are absolute prerequisites in the use of APC, and the duration of the high-frequency current application must be adapted to individual conditions, particularly to the thickness of the intestinal wall; frequently an application period of 0.5–2 seconds is sufficient for the "single shot" (Table 4).

*End. Surg. 1994; 2*    **45**

A disadvantage of APC is the distension of the gastrointestinal tract due to argon gas insufflation. According to experimental tests, this amounts to only a fraction of the $CO_2$ flow quantity of a laser light guide (1 litre argon compared with 5 litres $CO_2$ at 10 min intervention duration). Our own experimental investigations showed that the argon flow, currently ca. 2.5 l/min, can be reduced to below 1 l/min. Distension and corresponding complaints of the patient when argon gas coagulation is used are also clinically less pronounced than in comparable laser applications. Regular intermittent aspiration or the use of a 2-channel therapeutic endoscope with simultaneous continous aspiration can prevent distension and is recommended in each application.

Because of the theoretical principle of action, tumour vaporisation and thus large-scale tumour reduction by APC cannot be expected (Table 5). Extremely large tumour portions or extended tumour stenoses are therefore removed as a rule by snare excision and/or laser vaporisation. However, our experience shows that APC can yield good results in tumour therapy. Primarily due to its pronounced desiccation effect, there is considerable shrinkage of the tissue and thus reduction of the tumour volume. Since superficial thermal necroses peel off after a few days like the layers of an onion, relatively well controlled, shell-like tumour reduction can be achieved in multiple applications. This principle also applies for the treatment of residual adenomas after snare excision. APC has proven to be a handy tool because of its possible lateral and radial effect ("APC around the corner") especially in difficult regions (e.g. kinked stenoses); here the laser usually cannot be used because of its strictly orthograde energy delivery.

APC seems to be the method of choice, particularly for the thin-walled sections of the intestinal tract, in the treatment of diffuse tumour bleedings, for treatment of diffuse haemorrhages of other origins (e.g. from angiodysplasias), and for conditioning fistulas, since a limited penetration depth is mandatory in these indications and the risk of perforation significantly lower than with the laser (Table 3).

For ulcer haemorrhages however (usually with isolated punctiform sources), we use injection therapy.

Treatment of ingrowing tumour and granulation tissue is an unsolved problem in relation to metal-mesh stents in palliative therapy of malignant stenoses. This has resulted in a major area of indication for APC, since use of the laser would destroy the stent and other coagulation methods are unsuitable for the required surface treatment (15). One report has described rupture of a wall stent in the bile duct after repeated coagulation with an EHT probe. Comparative experimental work has indicated that APC is the less destructive method (17).

Further advantages of APC concern mobility and costs. The unit works with normal household current and without cooling water, maladjustments due to transport vibrations, as in the case of lasers, need not be feared. The unit can thus be brought into the operating room, the intensive care ward or the out-patient department without difficulty. At approx. DM 30 000–35 000, the costs for purchase and maintenance are only a fraction of those of a laser, even if the HF surgery unit, which is usually present in every hospital, has to be purchased anew. Special

**Table 2:** Distribution of the different indications in flexible endoscopy from 6/1991 to 9/1992

| | Patients | Applications |
|---|---|---|
| Tumours | 43 | 61 |
| Bleeding | 28 | 48 |
| Stent overgrowth/in growth | 18 | 61 |
| APC after laser therapy or snare resection of tumours | 8 | 12 |
| Others | 5 | 7 |
| Total | 102 | 189 |

**Table 3:** Indications for APC in flexible endoscopy.

**Malignant and benign tumours**
- Subtotal stenosing tumours
- Tumours after laser therapy or snare resection
- Critical areas (bronchus, duodenum, colon, kinked stenoses)

**Haemorrhaging**
- From tumours
- Diffuse haemorrhages of various origins and various sites

**Tissue ingrowth after stent implantation**
- Tumour tissue
- Granular tissue

**Conditioning of fistulas**
- Prior to closure by fibrin glue

**Angiodysplasia**

**Table 4:** Advantages attributed to APC

- Non-contact application, hence no sticking effect, good visual control of the coagulation
- Effective haemostasis and constant coagulation even in large areas
- Highly effective coagulation, depth of penetration and thermal trauma are nevertheless physically limited
- No carbonisation of tissue
- Minimum steam and vapour, hence good visual control of the coagulation procedure
- Blood can be blown away from the surface to be coagulated
- High freedom of application
- High mobility
- Good cost/performance relation
- Physically limited depth of coagulation and thermal tissue traumatisation
- Low risk of perforation of an intestinal wall
- Even coagulation effect over large areas
- Effective hemostasis even in large areas

**Table 5:** Disadvantages of APC

- Distention of the gastrointestinal tract due to argon gas insufflation
- No real vaporisation effect and hence not primarily suitable for mass tissue reduction

K. E. Grund, D. Storek, G. Farin

safety measures for preparation, operation and maintenance are unnecessary for the argon gas coagulator in contrast to the laser.

Based on our extensive experience over many years in the clinical use of electrocoagulation and lasers, we consider the new APC to be an outstanding and promising instrument in endoscopy. Although it may not completely replace laser treatment of extensive tumour stenoses due to the lack of vaporisation effect, it can nevertheless supplement it and is superior to it for the treatment of most indications (diffuse haemorrhages, tumours and adenomas in thin-walled sections of the intestinal tract, and stents with tissue overgrowth). Due to the contact-free and superficial coagulation with limited depth effect, this method has clear advantages over other coagulation methods. The unit is easy to operate, highly mobile, and inexpensive. It is therefore suitable even for smaller endoscopic departments. However, further systematic experimental and clinical investigations are required to specify exactly the technique's significance and its indications. These are currently underway in our department (9, 10).

## Acknowledgement

Some details of this paper are derived from the theses of A. Schuetz and C. Seifert (Dept. of Surgical Endoscopy, University of Tuebingen, Germany).

## References

1. *Brand E, Pearlman H:* Electrosurgical debulking of ovarian cancer: a new technique using the argon beam coagulator. Gynecol Oncol 1990; 39: 115–118.
2. *Dowling RD, Ochoa J, Yousen SA, Peitzman A, Udekwo AO:* Argon beam coagulation is superior to conventional techniques in repair of experimental splenic injury. J Trauma 1991; 31: 717–722.
3. *Dunham CM, Cornwell EE, Militello P:* The role of the argon beam coagulator in splenic salvage. Sur Gynecol Obstet 1991; 173: 179–182.
4. *Hermandez AD, Smith JA Jr, Jeppson KG, Terreros DA:* A controlled study of the argon beam coagulator for partial nephrectomy. J Urol 1990; 143: 1062–1065.
5. *Lanzafame RJ, Qui K, Rogers DW, Naim JO, Caldwell FC, Perry F, Hall D, Hinshaw J:* Comparison of local tumor recurrence following excision with $CO_2$-laser, Nd:YAG-laser and argon beam coagulator. Laser in Surgery and Medicine 1988; 8: 515–520.
6. *Stylianos S, Hoffmann MA, Jacir NN, Harris BH:* Sutureless hemisplenectomy. J Pediat Surg 1991; 26: 87–89.
7. *Ward PH, Catro DJ, Ward S:* A significant new contribution of radical head and neck surgery. The argon beam coagulator as an effective means of limiting blood loss. Arch Otolaryngol Head Neck Surg 1989; 115: 921–923.
8. *Farin G, Fischer K, Gronbach G, Grund KE:* Einrichtung zur Koagulation biologischer Gewebe. DE 41 39 029 A1, Deutsches Patentamt, 1991.
9. *Farin G, Grund KE:* Technology of argon plasma coagulation with particular regard to endoscopic applications. End Surg 1994; 2:
10. *Grund KE, Nahrun MB, Fischer HD, Storek D:* The "Argon Beamer" in flexible endoscopy: first clinical experience. Abstr. SAGES 1993, Surg Endoscopy 1993; 7: 118.
11. *Grund KE, Storek D, Farin G:* Ersetzt der "Argon Beamer" den Laser in der Endoskopie? Endoskopie heute 1994; in press
12. *Storek D, Gronbach G, Grund KE, Farin G, Becker HD:* Endoskopische Argon Gas Koagulation. Z Gastroenterol 1993; 31: 675–679
13. *Quinlan DM, Naslund MJ, Brendler CB:* Application of argon beam coagulation in urological surgery. J Urol 1992; 147: 410–412.
14. *Rusch VW, Schmidt R, Shoji Y, Fujiama Y:* Use of the argon beam electrocoagulator for performing pulmonary wedge resections. Ann Thorac Surg 1990; 49: 287–291.
15. *Grund KE et al:* Flexible metal stents in the esophagus. Abstr ASGE meeting Boston 93 Gastrointest. Endoscopy 1993; 39: 278.
16. *Go PM, Bruhn EW, Garry SL, Hunter JG:* Patterns of small intestinal injury with the argon beam coagulator. Surg Gynecol Obstet 1990; 171: 341–342.
17. *Ell C*, personal communication regarding
   *Hochberger J, Bauer R, May A, Fleig WE, Hahn EG, Ell C:* Laser, monopolare und bipolare Sonden- oder Argonbeamer-Elektrokoagulation zur Rekanalisation tumorokkludierter Metall-Endoprothesen. Endoskopie heute 1993; 6: 72–73.

*Corresponding Author*
Prof. Dr. K. E. Grund:
Surgical Endoscopy, University Clinics,
D-72076 Tuebingen, Germany