EXHIBIT E

Canady Technology - Single mode flexible catheters combining argon p...                http://www.canadytechnology.com/home/home.asp



**Call Toll Free: 1.877.7 CANADY or email at info@canadytechnology**

©2005 Canady Technology, LLC. All Rights Reserved                                    Site Developed by PVA Interactive

Home | About Canady | Product Information | Applications | Contact Us | Privacy Statement

## CANADY PLASMA PROBES

### NOW INTRODUCING:



Patents: US #5,207,675
EPO #0595967

**Single-mode flexible catheters combining argon coagulation with standard high-frequency electrosurgical endoscopic and bronchoscopic probes.**

**Canady Plasma Gastrointestinal Probe**
- 2.3 mm x 2.3 m
- 2.3 mm x 3.4 m
- 3.2 mm x 2.3 m

**Canady Plasma Tracheobronchial Probe**
- 1.5 mm x 1.6 m

### FEATURES:
- Cost-effective innovative technology
- Use with argon plasma coagulator in combination with the ERBE connecting cable number 20132-158
- Safe and effective coagulation
- Noncontact