CO-386-online
10/03

# United States District Court
# For the District of Columbia

ERBE USA, INC. and )
ERBE ELECTROMEDIZIN GMBH )
)
)
      vs     Plaintiff   )      Civil Action No._____
)
DR. JEROME CANADY and )
CANADY TECHNOLOGY LLC )
)
       Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  ERBE Electromedizin GmbH and ERBE USA, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  ERBE Electromedizin GmbH and ERBE USA, Inc.  which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*
Signature

DC 460787
BAR IDENTIFICATION NO.

PHILIP G. HAMPTON, II
Print Name

1825 I St. NW
Address

Washington    DC    20006
City        State       Zip Code

(202) 420-2200
Phone Number