IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERBE USA, INC.<br>2225 Northwest Parkway<br>Marietta, Georgia, 30067,<br><br>and<br><br>ELECTROMEDIZIN GMBH<br>Waldhornlestrasse 17<br>D-72072<br>Tubingen, Germany,<br><br>        Plaintiffs,<br><br>      v.<br><br>DR. JEROME CANADY<br>1108 Industry Road<br>Box 8<br>McKeesport, Pennsylvania 15132,<br><br>and<br><br>CANADY TECHNOLOGY LLC<br>144 Research Drive<br>Hampton, Virginia 23666<br><br>        Defendants. | Civil Action No. 06-1504 EGS<br><br><br><br><br><br><br><br><br><br><br><br>**PLAINTIFF ERBE'S ERRATA TO COMPLAINT FILED WITH THE COURT ON AUGUST 25, 2006** |

      Plaintiffs, ERBE USA, Inc. and ERBE Elektromedizin GmbH (collectively referred to as "ERBE"), submit this Errata to the Complaint, filed on August 25, 2006.

      As detailed below, the following changes consist of correcting the spelling of one of the plaintiff's names, correcting the address of a plaintiff and correcting the address of a defendant.

## ERRATA TO COMPLAINT FILED WITH THE COURT ON AUGUST 25, 2006

On page 1, in the caption of the Complaint, the text currently reads:

ERBE USA, INC.
2225 Northwest Parkway
Marietta, Georgia,  30067,

 and

ELECTROMEDIZIN GMBH
Waldhornlestrasse 17
D-72072
Tubingen, Germany,

      Plaintiffs,

  v.

DR. JEROME CANADY
1108 Industry Road
Box 8
McKeesport, Pennsylvania  15132,

 and

CANADY  TECHNOLOGY LLC
144 Research Drive
Hampton, Virginia  23666

      Defendants.

The correct text should read:

ERBE USA, INC.
2225 Northwest Parkway
Marietta, Georgia,  30067,

 and

ERBE ELEKTROMEDIZIN GMBH
Waldhörnlestrasse 17
D-72072
Tübingen, Germany,

      Plaintiffs,

  v.

2

DR. JEROME CANADY
1119 Jefferson St.
McKeesport, Pennsylvania 15132-1630,

 and

CANADY TECHNOLOGY LLC
144 Research Drive
Hampton, Virginia 23666

                      Defendants.


      On page 2, at paragraph 2, the text currently reads:

      "ERBE Elektromedizin GmbH is a corporation organized and existing under the laws of the Republic of Germany, with its headquarters and principal place of business at Waldhornlestrasse 17, D-72072, Tubingen, Germany."

The correct text should read:

      "ERBE Elektromedizin GmbH is a corporation organized and existing under the laws of the Republic of Germany, with its headquarters and principal place of business at Waldhörnlestrasse 17, D-72072, Tübingen, Germany."


      On page 13, in the signature block, the text currently reads:

Philip G. Hampton, II
 D.C. Bar No. 460787
Charmaine Cheung
 D.C. Bar No. 489141

DICKSTEIN SHAPIRO
1825 I Street, NW
Washington, DC 20006-5403
(202) 420-2200

Attorneys for ERBE USA, INC. and
ERBE ELECTROMEDIZIN GMBH

The correct text should read:

3

Philip G. Hampton, II
 D.C. Bar No. 460787
Charmaine Cheung
 D.C. Bar No. 489141

DICKSTEIN SHAPIRO LLP
1825 I Street, NW
Washington, DC  20006-5403
(202) 420-2200

Attorneys for ERBE USA, INC. and
ERBE ELEKTROMEDIZIN GMBH

    A revised copy of the first page of the Complaint is submitted herewith.

Dated: September 8, 2006        Respectfully submitted,

        By:    /s/ Philip G. Hampton, II_____
               Philip G. Hampton, II
                D.C. Bar No. 460787
               Charmaine Cheung
                D.C. Bar No. 489141

               DICKSTEIN SHAPIRO LLP
               1825 I Street, NW
               Washington, DC  20006-5403
               (202) 420-2200

               Attorneys for ERBE USA, INC. and
               ERBE ELEKTROMEDIZIN GMBH