IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERBE USA, INC.<br>2225 Northwest Parkway<br>Marietta, Georgia, 30067,<br><br>and<br><br>ERBE ELEKTROMEDIZIN GMBH<br>Waldhörnlestrasse 17<br>D-72072<br>Tübingen, Germany,<br><br>      Plaintiffs,<br><br>      v.<br><br>DR. JEROME CANADY<br>1119 Jefferson St.<br>McKeesport, Pennsylvania 15132-1630<br><br>and<br><br>CANADY TECHNOLOGY LLC<br>144 Research Drive<br>Hampton, Virginia 23666<br><br>      Defendants. | Civil Action No. 06-1504 EGS<br><br><br><br><br><br><br><br><br><br><br><br>COMPLAINT |

**COMPLAINT**

Plaintiffs, ERBE USA, Inc. and ERBE Elektromedizin GmbH (collectively referred to as "ERBE"), file this Complaint against Defendants, Dr. Jerome Canady and Canady Technology LLC (collectively referred to as "Canady") and allege as follows:

2124581v06