IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERBE USA, INC. and<br>ERBE ELEKTROMEDIZIN GMBH<br><br>Plaintiffs,<br><br>v.<br><br>DR. JEROME CANADY and<br>CANADY TECHNOLOGY LLC<br><br>Defendants. | Civil Action No. 06-cv-01504 EGS |

### AFFIDAVIT OF SERVICE

I, Charmaine Cheung, hereby declare that on the 22nd day of September, 2006, I sent two copies of the complaint, errata to the complaint and amended complaint, one copy of the summons for Dr. Jerome Canady and one copy of the summons for Canady Technology LLC via FedEx to Tim DeWitt, who is authorized to accept service on behalf Dr. Jerome Canady and Canady Technology LLC. Attached hereto is the FedEx acknowledgment.

Charmaine Cheung
Dickstein Shapiro LLP
1825 Eye St. NW
Washington DC 20006
(202) 420-2200

DSMDB-2149839v01

Track Shipments
# Detailed Results

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 675753662723 | **Reference** | E7900.0013 |
| **Signed for by** | A.COLLINS | **Destination** | ALEXANDRIA, VA |
| **Ship date** | Sep 21, 2006 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Sep 22, 2006 9:05 AM | **Service type** | Priority Pak |
| | | **Weight** | 3.0 lbs. |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Sep 22, 2006 | 9:05 AM | **Delivered** | ALEXANDRIA, VA | |
| | 8:26 AM | On FedEx vehicle for delivery | ALEXANDRIA, VA | |
| | 7:35 AM | At local FedEx facility | ALEXANDRIA, VA | |
| Sep 21, 2006 | 10:22 PM | At dest sort facility | DULLES, VA | |
| | 9:30 PM | Left origin | WASHINGTON, DC | |
| | 7:34 PM | Picked up | WASHINGTON, DC | |
| | 6:48 PM | Package data transmitted to FedEx | | |

[ Signature proof ]  [ Email results ]  [ Track more shipments ]

Subscribe to tracking updates (optional)

**Your Name:** _____    **Your Email Address:** _____

| Email address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |
| | English | | ☐ | ☐ |

**Select format:** ● HTML ○ Text ○ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]