IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERBE ELEKTROMEDIZIN GMBH, ERBE USA, INC., and CONMED CORPORATION, Plaintiffs, v. DR. JEROME CANADY and CANADY TECHNOLOGY LLC Defendants. | Civil Action No. 05-1674<br><br>Chief Judge Ambrose<br><br>ELECTRONICALLY FILED |

### ORDER GRANTING PLAINTIFFS' MOTION UNDER FED. R. CIV. P. 15 FOR LEAVE TO AMEND COMPLAINT

AND NOW, to wit, this 19th day of June, 2006, upon consideration of PLAINTIFFS' MOTION UNDER FED. R. CIV. P. 15 FOR LEAVE TO AMEND COMPLAINT, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion is ~~GRANTED~~ denied, as untimely. The parties were directed to amend by 3/31/06. In addition, the amendment would prolong the proceedings, particularly discovery, which is contrary to the spirit of the Local Patent Rules.

Donetta W. Ambrose
Chief United States District Judge

2093785.01