IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERBE, USA, INC. and
ERBE ELECTROMEDIZIN GMBH,

       Plaintiffs,

  v.

DR. JEROME CANADY and CANADY
TECHNOLOGY LLC,

       Defendants.

Civil Action No. 06-1504 EGS

JURY TRIAL REQUESTED

**REPLY IN SUPPORT OF DEFENDANTS' MOTION TO
DISMISS PURSUANT TO FED.R.CIV.P. 12(b)(3) AND
12(b)(6)**

    Defendants Jerome Canady, M.D. and Canady Technology LLC respectfully submit this reply in support of their motion pursuant to Fed.R.Civ. P. 12(b)(3) to dismiss the Complaint for improper venue and under Rule 12(b)(6) for failure to state a claim against Dr. Jerome Canady.

    As Defendants noted in their memorandum in support of their motion, 28 U.S.C. §1391(b) recites three standards for proper venue. In their opposition brief, Plaintiffs assert proper venue under only one of those three standards: §1391(b)(2). Section 1391(b)(2) states that an action may be brought in a judicial district in which *a substantial part of the events or omissions giving rise to the claim occurred*. In their reply, however, Plaintiffs fail to recognize that the "events or omissions giving rise to the claim" are the alleged acts of false advertising, none or which are alleged to have occurred in this district.

    Dr. Canady's 1996 lawsuit against Plaintiffs for patent infringement did not "give rise to the claim," and therefore cannot support venue in this district.

- 2 -

    For these reasons and those stated in Defendants memorandum in support, venue is improper in this district, and this action should be dismissed.

Dated:  October 20, 2006

                                      By:     /s/ Timothy R. DeWitt

                                      Timothy R. DeWitt
                                      24IP Law Group USA, PLLC
                                      12 E Lake Dr
                                      Annapolis, MD 21403
                                      410.212.2539

                                      Attorney for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2006, a copy of the foregoing Reply in Support of Defendants' Motion To Dismiss Pursuant to Fed.R.Civ.P. 12(b)(3) and 12(b)(6) was filed electronically and notice of filing was sent to all parties by operation of the Court's electronic filing system. The parties listed below may access these filing through the Court's system. Additionally, the above-referenced documents were served on counsel listed below by First Class Mail.

>Philip C. Hampton, II, Esq.
>Charmaine Cheung, Esq.
>Dickstein Shapiro LLP
>1825 Eye Street, NW
>Washington, DC  20006

/s/ Timothy R. DeWitt