UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ERBE USA, INC., *et al.* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>JEROME CANADY, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1504 (EGS) |

**ORDER**

In accordance with the Memorandum Opinion issued this same day, it is hereby

**ORDERED** that the defendants' motion to dismiss or, in the alternative, transfer is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that this case is **TRANSFERRED** to the Western District of Pennsylvania.

**Signed:    EMMET G. SULLIVAN**
**UNITED STATES DISTRICT JUDGE**
**November 21, 2006**